

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-14-00843-CR

Shawn L. **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5452
Honorable Philip A. Kazen, Jr., Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 14, 2014.

_Sandee Bryan Marion, Chief Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2015.

_Keith E. Hottle, Clerk_
Keith E. Hottle, Clerk